## Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Christopher Gregg Thomas** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |

United States Bankruptcy Court for the: District of Montana

Case number
(If known) _____

☐ Check if this is an
amended filing

# Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    **List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

                                              **Unsecured claim**

**1**

First Security Bank,
Creditor's Name

208 E Main St
Number    Street


Bozeman     MT     59715
City     State     ZIP Code

Contact

4065853800
Contact phone

**What is the nature of the claim?** Personal loan subject to litigation.    $ 110000

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:    − $_____
       Unsecured claim    $_____

**2**

Cliff Abbott c/o Dave Lichtenstein
Creditor's Name

12015 E. 46th Ave.
Number    Street
Suite 240

Denver     CO     80239
City     State     ZIP Code

Contact

3038314750
Contact phone

**What is the nature of the claim?** Contractual Obligation    $ 90000

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:    − $_____
       Unsecured claim    $_____

Debtor 1   **Christopher Gregg Thomas**
           First Name    Middle Name    Last Name

Case number (if known)_____

**Unsecured claim**

---

**3**   Spartan Business Solutions
        Creditor's Name

371 E Main St.
Number         Street

Suite 2

Middletown          NY      10940
City                State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? __Contractual Obligation__     $_____19000

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
              Value of security:           −    $_____
              Unsecured claim                   $_____

---

**4**   Kenyon Noble
        Creditor's Name

1243 W Oak St
Number         Street

Bozeman          MT      59715
City             State   ZIP Code

Scott Hyatt
Contact

_____
Contact phone

What is the nature of the claim? __Material Supplier__     $_____35000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured):    $_____80000
              Value of security:           −    $_____45000
              Unsecured claim                   $_____35000

---

**5**   Pat Ridens
        Creditor's Name

1700 Bassett St
Number         Street

#2312

Denver          CO      80202
City            State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? __Contractual Obligation__     $_____40000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
              Value of security:           −    $_____
              Unsecured claim                   $_____

---

**6**   Greyhaven Partners, LLC, c/o Anderson RA's
        Creditor's Name

1716 Capitol Ave.
Number         Street

Suite 100

Cheyenne          WY      82001
City              State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? __Contractual Obligation__     $_____35000

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
              Value of security:           −    $_____
              Unsecured claim                   $_____

---

**7**   Forward Financing, LLC
        Creditor's Name

251 Little Falls Drive
Number         Street

Wilmington          DE      19808
City                State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? __Contractual Obligation__     $_____22000

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
              Value of security:           −    $_____
              Unsecured claim                   $_____

---

**Unsecured claim**

| 8 | U.S. Bank National Association |
|---|---|
Creditor's Name

PO Box 790408

Number     Street

St. Louis     M     63179-0408
City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card     $ 20000

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

---

| 9 | Joseph Robinette c/o Brittany Peters |
|---|---|
Creditor's Name

2472 Gallatin Green BLVD.
Number     Street

#108

Bozeman     MT     59718
City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Unsettled Litigation     $ 20000

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

---

| 10 | Billion Auto |
|---|---|
Creditor's Name

270 Automotive Ave
Number     Street

Bozeman     MT     59718
City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Unpaid Auto Repair     $ 18000

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

---

| 11 | Captial One Bank NA USA |
|---|---|
Creditor's Name

PO Box 30285
Number     Street

Salt Lake City     UT     84130-0285
City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card     $ 15000

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

---

| 12 | Verizon Wireless |
|---|---|
Creditor's Name

PO Box 660108
Number     Street

Dallas     TX     75266-0108
City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Cell Phones & Devices     $ 6000

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

Unsecured claim

**13** **Lowes (Synchrony Bank)**

Creditor's Name

PO Box 965033

Number    Street

Orlando    FL    32896-5033

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? credit card    $                6000

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $
    Value of security:    − $
    Unsecured claim    $

**14** Home Depot Credit Services, c/o Citibank NA

Creditor's Name

PO Box 9001010

Number    Street

Louisville    KY    40290-1010

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card    $                5000

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $
    Value of security:    − $
    Unsecured claim    $

**15** **Discover Bank**

Creditor's Name

PO Box 30943

Number    Street

Salt Lake City    UT    84130-0943

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card    $                4000

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $
    Value of security:    − $
    Unsecured claim    $

**16** **Credit One Bank, NA**

Creditor's Name

PO Box 98873

Number    Street

Las Vegas    NV    89193-8873

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card    $                7000

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $
    Value of security:    − $
    Unsecured claim    $

**17** **Merrick Bank**

Creditor's Name

PO Box 5000

Number    Street

Draper    UT    84020-5000

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card    $                3000

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $
    Value of security:    − $
    Unsecured claim    $

Debtor 1  Christopher Gregg Thomas
First Name    Middle Name    Last Name

Case number (if known)_____

Unsecured claim

**18** The Bank of Missouri
Creditor's Name
PO Box 4477
Number      Street

_____

Beaverton          OR      97076-4477
City               State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? __Credit Card_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:           − $_____
        Unsecured claim                $_____

$_____ 1500

**19** Joseph Ferguson c/o JLF Contracting
Creditor's Name
510 South Circle Drive
Number      Street

_____

Belgrade          MT      59714
City               State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? __General Contractor_____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:           − $_____
        Unsecured claim                $_____

$_____ 5000

**20** Jesse Roethle c/o r7 contractors
Creditor's Name
510 South Circle Drive
Number      Street

_____

Belgrade          MT      59714
City               State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:           − $_____
        Unsecured claim                $_____

$_____ 5000

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _____
Signature of Debtor 1

Date 04 / 20 / 2026
     MM / DD / YYYY

✗ _____
Signature of Debtor 2

Date _____
     MM / DD / YYYY