Doug Huber
1710 9th St
Greeley, CO 80631

First Security Bank
208 E Main St B1
Bozeman, MT 59715

Cliff Abbott
c/o Dave Lichtenstein
Livelihood Law
12015 E 46th Ave, Suite 240
Denver, CO 80239

Spartan Business Solutions
371 E Main St, Suite 2
Middletown, NY 10940

Kenyon Noble
Scott Hyatt
1243 W Oak St
Bozeman, MT 59715

Pat Ridens
1700 Bassett St #2312
Denver CO 80202

Greyhaven Partners, LLC
c/o Anderson Registered Agents
1716 Capitol Ave Suite 100
Cheyenne, WY 82001

Forward Financing
251 Little Falls Drive
Wilmington, DE 19808

US Bank National Association
Cardmember Service
PO Box 790408
St Louis, MO 63179-0408

Joey Robinette
c/o Brittany Peters
2472 Gallatin Green Blvd #108
Bozeman, MT 59718

Billion Auto
270 Automotive Ave
Bozeman, MT 59718

Capital One Bank USA NA
Attn Bankruptcy Dept
PO Box 30285
Salt Lake City, UT 84130-0285

Verizon
Attn Correspondence Team
PO Box 660108
Dallas, TX 75266-0108

Lowes (Synchrony Bank)
PO Box 965033
Orlando, FL 32896-5033

Jesse Roethle c/o r7 contractors
510 S Circle Drive
Belgrade, MT 59714

Citibank NA
Home Depot Credit Services
PO Box 9001010
Louisville, KY 40290-1010

Discover Bank
PO Box 30943
Salt Lake City, UT 84130-0943

Credit One Bank NA
Attn Customer Service
PO Box 98873
Las Vegas, NV 89193-8873

Merrick Bank
Attn Customer Service
PO Box 5000
Draper, UT 84020-5000

The Bank of Missouri
Milestone Credit Card
PO Box 4477
Beaverton, OR 97076-4477

Joseph Ferguson
510 S Circle Drive
Belgrade, MT 59714

Danny and Judy Thomas
11512 Windingway Rd
Charlotte, NC 28226

Spectrum
Charter Communications
PO Box 790449
St Louis, MO 63179-0449

Kent Kauffman
102 Cobb Hill Rd
Bozeman, MT 59718

Twila Kauffman
3280 Highline Rd
Manhattan, MT 59741

NewRez LLC
Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274-0039

Shain Urwin
5151 West River Springs Road
Eagle ID 83616

Stockman Bank
PO Box 30777
Billings, MT 59107-0777

Valley FCU
Attn Loan Department
2522 4th Ave N
Billings, MT 59101

Manhattan Bank
PO Box 130
Manhattan, MT 59741

Caterpillar Financial Services Corp
PO Box 6100
Carol Stream, IL 60197-6100

Sky Federal Credit Union
Attn Loan Department
202 W Park St
Livingston, MT 59047

OneMain Financial Group LLC
PO Box 60511
City of Industry, CA 91716-0511

Wegner Roofing LLC
2325 1st Ave N
Billings, MT 59101

Matt Lewallen
10698 Bluffside Drive
Lone Tree, CO 80124

Four Corners Pawn
PO Box 1050
Townsend, MT 59644

Connor Glynn
110 East Olive Street
Apt 301
Bozeman, MT 59715

Margaret Thomas
PO Box 11718
Bozeman, MT 59719

Silas Thomas
PO Box 11718
Bozeman, MT 59719

Lachlan Thomas
PO Box 11718
Bozeman, MT 59719

Tyler Jackson, TJJ Construction
c/o Brittany Peters
2472 Gallatin Green Blvd #108
Bozeman, MT 59718