Burt W. Ward
JACKSON, MURDO & GRANT, P.C.
203 N. Ewing Street
Helena, Montana 59601
Telephone: (406) 513-1123
Email: bward@jmgattorneys.com
State Bar ID: 27181930

*Attorneys for Shain Urwin*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>Christopher Gregg Thomas,<br><br>          Debtor. | Case No. 2:26-bk-20103-BPH<br><br>**REQUEST FOR SPECIAL NOTICE** |

Pursuant to Rule 2002(i) and (g), Fed. R. Bankr. P., Shain Urwin, a creditor in the above-entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties in interest, whether sent by the Court, the Debtor, or any other party in the case, be sent or delivered to the undersigned; and pursuant to Rule 2002(g), that the following be added to the Court's service list:

**Attorneys for:**          **SHAIN URWIN**

Burt W. Ward
Jackson, Murdo & Grant, P.C.
203 N. Ewing Street
Helena, MT  59601
Phone: (406) 513-1123
Email: bward@jmgattorneys.com

Such notices shall include notices by mail, telephone, or any other means of electronic transmission, and the notices requested shall include, but are not limited to, all notices relating to the matters set forth in Rule 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and  obtaining of credit under 11 U.S.C. § 361 or 364; and matters relating to the use, sale or lease of property under 11 U.S.C. § 363, or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365.

Request for Special Notice                                                                                            page 1

DATED this 6th day of May, 2026.

/s/ Burt W. Ward
Burt W. Ward
Attorneys for Creditor Shain Urwin

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that on the 6th day of May, 2026, a copy of the foregoing was served by electronic means pursuant to Mont. LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties: None.

/s/ Burt W. Ward
Burt W. Ward
Attorneys for Creditor Shain Urwin

[Must comply with Mont. LBR 9013-1(d)(2), by reflecting the name and address of each party served, and by being signed "under penalty of perjury" and by identifying the document served.]