Christopher Gregg Thomas
PO Box 11718
Bozeman, MT 59719
303.503.8362
gthomasblrf@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE, | Case No.: 2:26-bk-20103-BPH |
| CHRISTOPHER GREGG THOMAS, | Chapter 11 |
| DEBTOR | NOTICE OF FILING |
| | OF AMENDED SCHEDULES AND |
| | FORM 426 PERIODIC REPORT REGARDING VALUE |

Pursuant to Fed. R. Bankr. P. 1009(a) and applicable Local Bankruptcy Rules, Debtor hereby amends the Mailing Matrix and Petition Schedules previously filed in this matter and files Official Form 426 regarding periodic entity reporting. The added parties have been served with the Court's Notice of Bankruptcy Case and related notices.

Joseph Ferguson
510 S Circle Drive, Unit A
Belgrade, MT 59714

Jesse Roethle c/o r7 Contractors
510 S Circle Drive, Unit B
Belgrade, MT 59714

Respectfully submitted this 19th day of May, 2026

## CERTIFICATE OF SERVICE

I, Christopher Gregg Thomas, certify that on the 19th day of May, 2026, I caused a true and correct copy of the foregoing Notice of Amendment, together with the Court's Notice of Bankruptcy Case, to be served by depositing the same in the United States Mail, first-class postage prepaid, addressed to the following:

Gregg Thomas,
Debtor, pro se

1

Fill in this information to identify your case:

Debtor 1    Christopher Gregg Thomas
          First Name           Middle Name           Last Name

Debtor 2
(Spouse, if filing)   First Name           Middle Name           Last Name

United States Bankruptcy Court for the: District of Montana

Case number   2:26-bk-20103-BPH
          (If known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................. | $ 2,287,500 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ........................................ | $ 7,403,516 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ................................................. | $ 9,691,016 |

### Part 2:   Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 3,617,020 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................ | $ 0 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................................... | + $ 2,979,920 |
| **Your total liabilities** | $ 6,596,940 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ..................................... | $ 5,000 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ............................................. | $ 10,910 |

## Part 4:   Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ _____ 5,000

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ 0 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ 0 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ 0 |
| 9d. Student loans. (Copy line 6f.) | $_____ 0 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ 0 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ 0 |
| 9g. **Total.** Add lines 9a through 9f. | $_____ 0 |

Print     Save As     Add Attachment     Reset

Debtor 1    Christopher Gregg Thomas
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of *Montana*

Case number   2:26-bk-20103-BPH
(If known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _____          ✗ _____
Signature of Debtor 1                                         Signature of Debtor 2

Date   **5/19/2026**_____                  Date _____
      MM / DD / YYYY                                MM / DD / YYYY

Debtor 1 **Christopher Gregg Thomas**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of Montana

Case number **2:26-bk-20103-BPH**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** 273 N Old Place Lane
Street address, if available, or other description

Belgrade    MT    59714
City    State    ZIP Code

Gallatin
County

**What is the property?** Check all that apply.
☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☑ Other _Primary res + rental income_

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 1,200,000
**Current value of the portion you own?** $ 600,000

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
JTROS w/ spouse (50%)

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

**1.2.** 702 Yellowstone Ave
Street address, if available, or other description

Belgrade    MT    59714
City    State    ZIP Code

Gallatin
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☑ Other _Former res w/ rental income_

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 725,000
**Current value of the portion you own?** $ 362,500

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
50% eq. int. (spouse)

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2:26-bk-20103-BPH Doc#: 33 Filed: 05/20/26 Page 5 of 63

**1.3.** 19 Berry Ln (Units A & C)

Street address, if available, or other description

Townsend        MT      59644

City            State    ZIP Code

Broadwater

County

**What is the property?** Check all that apply.

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☑ Investment property

☐ Timeshare

☑ Other  2 detached units

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 1,130,000 | $ 565,000 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. JTROS w/ spouse (50%)

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ...................➔ | $ 2,287,500 |
See Attached

---

## Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

**3.1.** Make:    Nissan

Model:   NV 3500

Year:    2016

Approximate mileage:  130,000

Other information:

Disabled Dependent Vehicle

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 22,000 | $ 11,000 |

If you own or have more than one, describe here:

**3.2.** Make:    GMC

Model:   Acadia

Year:    2024

Approximate mileage:  35,000

Other information:

Personal

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 42,000 | $ 21,000 |

Official Form 106A/B                Schedule A/B: Property                page 2

**1.3**

2201 12th Street

Street address, if available, or other description
_____

| Greeley | CO | 80631 |
|---|---|---|
| City | State | ZIP Code |

Weld

County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 420,000 | $ 210,000 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

50% eq. int. (spouse)

☐ Check if this is community property (see instructions)

---

If you own or have more than one, list here:

**1.4** 17 Berry Lane (Units A, B & C)

Street address, if available, or other description
_____

| Townsend | MT | 59644 |
|---|---|---|
| City | State | ZIP Code |

Broadwater

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☑ Other

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 1,100,000 | $ 550,000 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

2/3 Debtor, 1/3 Co-owners

☐ Check if this is community property (see instructions)

---

5. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ............................................... ➔ $ **2,287,500**

**3.3.** Make: **Jeep**

Model: **Gr Wagoneer**

Year: **2022**

Approximate mileage: **40000**

Other information:

| Personal/ Rental |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 60,000 | $ 30,000 |

**3.4.** Make: **GMC**

Model: **Sierra**

Year: **2020**

Approximate mileage: **151,000**

Other information:

| Personal/Work |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 70,000 | $ 35,000 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No

☑ Yes

**4.1.** Make: **Jayco**

Model: **Pinnacle**

Year: **2017**

Other information:

| Worksite |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 50,000 | $ 25,000 |

If you own or have more than one, list here:

**4.2.** Make: **Keystone**

Model: **Fusion**

Year: **2019**

Other information:

| Worksite |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 50,000 | $ 25,000 |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................................➔ $ 147,000

2:26-bk-20103-BPH  Doc#: 32  Filed: 05/20/26  Page 8 of 63

## Part 3:   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples*: Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe......... | Household goods & furnishings | $ 10,000

**7. Electronics**

*Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.......... | Computers, printers, scanners, TVs, phones | $ 2000

**8. Collectibles of value**

*Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe.......... | Wall art and Frames | $ 500

**9. Equipment for sports and hobbies**

*Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe.......... | Tents, Sleeping Bags, Fishing Gear, Skiis, Back packs, Bow/Arrows | $ 1,500

**10. Firearms**

*Examples*: Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe.......... | Ammunition | $ 25

**11. Clothes**

*Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.......... | Average Clothing and Work Clothes | $ 100

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.......... | Wedding Ring, Oura ring | $ 200

**13. Non-farm animals**

*Examples*: Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.......... | Bernese Mountain Dog, Cat | $ 500

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific information. ............ | Crutches, Cane | $ 50

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................→ | $ 15,875

2:26-bk-20103-BPH   Doc#: 32   Filed: 05/20/26   Page 9 of 63

## Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.......................................................................................................................   Cash: ....................... $        20.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Manhattan Bank Joint | $ -70 |
| 17.2. Checking account: | Manhattan Bank | $ 2.00 |
| 17.3. Savings account: | Chase | $ 40.00 |
| 17.4. Savings account: | Valley FCU | $ 25.00 |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | Valley FCU Checking | $ -14 |
| 17.7. Other financial account: | Valley FCU Savings | $ 25.00 |
| 17.8. Other financial account: | Stockman Checking | $ 23 |
| 17.9. Other financial account: | Sky Federal | $ 100 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................

Institution or issuer name:

_____ $ _____
_____ $ _____
_____ $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them.......................

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | _____ % | $ _____ |
| _____ | _____ % | $ _____ |
| _____ | _____ % | $ _____ |

Official Form 106A/B                    Schedule A/B: Property                    page 5

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific    Issuer name:
information about
them......................    _____    $_____

_____    $_____

_____    $_____

21. **Retirement or pension accounts**

Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
account separately.    Type of account:    Institution name:

401(k) or similar plan:    _____    $_____

Pension plan:    _____    $_____

IRA:    _____    $_____

Retirement account:    _____    $_____

Keogh:    _____    $_____

Additional account:    _____    $_____

Additional account:    _____    $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes.........................    Institution name or individual:

Electric:    _____    $_____

Gas:    _____    $_____

Heating oil:    _____    $_____

Security deposit on rental unit:    _____    $_____

Prepaid rent:    _____    $_____

Telephone:    _____    $_____

Water:    _____    $_____

Rented furniture:    _____    $_____

Other:    _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.........................    Issuer name and description:

_____    $_____

_____    $_____

_____    $_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

❑ Yes ..................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $_____
_____   $_____
_____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

❑ Yes. Give specific information about them....   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

❑ No

☑ Yes. Give specific information about them....   Internet Domain names   $_____1,000

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

❑ No

☑ Yes. Give specific information about them....   Septic/ Well permits on investment properties   $_____5,000

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

❑ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................   2024 taxes.   Federal: $_____1025   State: $_____765   Local: $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

❑ Yes. Give specific information.............
Alimony: $_____
Maintenance: $_____
Support: $_____
Divorce settlement: $_____
Property settlement: $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

❑ Yes. Give specific information.............   $_____

Official Form 106A/B                Schedule A/B: Property                page 7

| Domain Name | International | TLD |
| --- | --- | --- |
| autoquotesco.com | | .COM |
| autoquotescolorado.com | | .COM |
| autoquotesdenver.com | | .COM |
| belgraderefuge.com | | .COM |
| bigskyfirewood.com | | .COM |
| blueridgefarms.co | | .CO |
| BOZEMANAUTOQUOT | | .COM |
| bozemancrane.com | | .COM |
| bozemancranerental.com | | .COM |
| bozemanjeeps.com | | .COM |
| bozemanrefuge.com | | .COM |
| bozemansilos.com | | .COM |
| bzmrentals.com | | .COM |
| cgreggthomas.com | | .COM |
| christophergreggthomas.co | | .COM |
| coloradoinsuranceservice.c | | .COM |
| cricketpostandbeam.com | | .COM |
| fiveotterfarm.com | | .COM |
| fiveotterfarms.com | | .COM |
| getinsuredco.com | | .COM |
| greggandmaggie.com | | .COM |
| grindustriesllc.com | | .COM |
| gtmtrentals.com | | .COM |
| heattubes.com | | .COM |
| ironkingexcavation.com | | .COM |
| laundryfox.com | | .COM |
| MONTANAAUTOQUOT | | .COM |
| montanabuilders.com | | .COM |
| montanaconstructionrental | | .COM |
| montanaconstructionrental | | .COM |
| montanainsurancecompany | | .COM |
| montanajeeprental.com | | .COM |
| montanamerchant.com | | .COM |
| montanarefuge.com | | .COM |
| montanarents.com | | .COM |
| montanasilos.com | | .COM |
| montanaturo.com | | .COM |
| mortgageprotectionandfina | | .COM |
| mountainequipmentrental.c | | .COM |
| mountainlover.com | | .COM |
| mountainloverrentals.com | | .COM |
| MTAUTOQUOTES.COM | | .COM |
| mtcrane.com | | .COM |
| mtturo.com | | .COM |
| refugemontana.com | | .COM |
| segurosuperior.com | | .COM |
| slappinpickle.com | | .COM |
| speakeasyinsurance.com | | .COM |
| townsendsilos.com | | .COM |
| utahautoins.com | | .COM |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............      $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. ....................   Claims against third parties including lender disputes, insurance claims, and contractor claims. See attached.    $_____ 7,000,000

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Describe each claim. ...................      $_____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............      $_____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here .................................................................................................. →   $_____ 7,007,941

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37.** Do you own or have any legal or equitable interest in any business-related property?

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe.......      $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☑ Yes. Describe.......   Computers, Printers, Scanners, Internet Hotspots, Phones, File Cabinets    $_____ 1,000

33.1: Lender / Financing Claims: Shain Urwin: Failure to fund agreed financing; damages including increased costs, delays, opportunity loss, and consequential damages.:

Value: Unknown (potentially substantial)

33.2: Insurance Claims: Zurich (insurance carrier): Underpayment and delay of covered wind damage claim, statutory and contractual damages:

Value: Unknown (estimated >$100,000)

33.3: Merchant Cash Advance / Lender Claims: Multiple MCA lenders: Usury, improper collections, and related statutory damages:

Value: Unknown

33.4: Vehicle / Tort Claim: Amy Jones / State Farm Ins.-related parties: Loss of vehicle, loss of use, and associated business interruption damage:

Value: Unknown

33.5: Contractor / Construction Claims (Affirmative): Joey Robinette. Defective work and resulting damages:

Value: Approx. $200,000

33.6: Equipment Lendor Claim: Caterpillar Financial: Unauthorized $22,000 ACH Withdrawal and failure to timely return funds:

Value: Approx. $2,000

34.1: Offsets / Setoff Claim. Corey Waller/ Perfect Temp, LLC (HVAC). Offset for defective or incomplete work

Value: Approx. $60,000 (offset)

34.2: Offset / Setoff and Affirmative Claim: Tyler Jackson/TJJ Construction. Offset for defective or incomplete work and disputed construction lien affecting refinance.

Value: Approx. $20,000 (offset), and additional claim (est. >$30,000)

34.3: Offset / Setoff and Affirmative Claim: Wegner Roofing. Offset for abandoned, defective or incomplete work and leaking roofs. Claim for repair of unfinished, defective work, including roof leaks.

Value: Approx. $90,000 (offset), and additional claim (est. >$60,000)

8a

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe.......

Attached tools of Trade.                    $  228,975.00

41. **Inventory**

☐ No

☑ Yes. Describe.......

Miscellaneous construction materials, salvageable supplies, and recyclable jobsite remnants (aggregate value).    $  1,000

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| | _____% | $_____ |
| | _____% | $_____ |
| | _____% | $_____ |

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe........                    $_____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

$_____

$_____

$_____

$_____

$_____

$_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ...........................................→  $  204,975

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☐ No

☑ Yes......................

Poultry (26 chickens, 2 Turkeys)                    $  100

| Business Asset | Current Value | |
| --- | --- | --- |
| Dewalt HD Hammer Drill | $ | 500.00 |
| 8' level | $ | 100.00 |
| Stihl TS800 Demo Saw | $ | 1,000.00 |
| Dewalt metal circular saw | $ | 100.00 |
| Geomax Laser | $ | 1,175.00 |
| 2024 CAT Excavator | $ | 110,000.00 |
| 2024 Cat Skid Steer | $ | 90,000.00 |
| Dewalt Grinder (2) | $ | 200.00 |
| 175 Gal Water Tank | $ | 100.00 |
| Water Hoses | $ | 50.00 |
| Various Hand Tools | $ | 300.00 |
| Honda Water Pump | $ | 250.00 |
| Dewalt Pex Expander | $ | 200.00 |
| Dodge Ram 2500 | $ | 25,000.00 |
| | $ | 228,975.00 |

page 9a

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............ $_____$

$ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes. .........................

$ _____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No

☑ Yes. .........................

Feed and Seed for Poultry

$ _____ 25

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............

$ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................. → $ _____ 125

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific information. ............

Three Montana State University handicapped-seating football season tickets with disabled son

$ _____ 600

$ _____

$ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................... → $ _____ 600

---

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ........................................................................................................... → $ _____ 2,287,500

56. **Part 2: Total vehicles, line 5**    $ _____ 147,000

57. **Part 3: Total personal and household items, line 15**    $ _____ 15,875

58. **Part 4: Total financial assets, line 36**    $ _____ 7,009,941

59. **Part 5: Total business-related property, line 45**    $ _____ 228,975

60. **Part 6: Total farm- and fishing-related property, line 52**    $ _____ 125

61. **Part 7: Total other property not listed, line 54**    **+** $ _____ 600

62. **Total personal property. Add lines 56 through 61.** .................... $ _____ 7,403,516    Copy personal property total → **+** $ _____ 7,403,516

63. **Total of all property on Schedule A/B. Add line 55 + line 62** ................................................................. $ _____ 9,691,016

Fill in this information to identify your case:

Debtor 1 _____
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

❑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ❑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____  Line from *Schedule A/B:* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____  _____  _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____  _____  _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____  _____  _____ |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ❑ No
   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ❑ No
      ❑ Yes

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |

Official Form 106C　　Schedule C: The Property You Claim as Exempt　　page ___ of __

Debtor 1  **Christopher Gregg Thomas**
 First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the:  District of Montana

Case number  **2:26-bk-20103-BPH**
(If known)

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

### 2.1  Capital One Bank USA NA
Creditor's Name
PO Box 30285
Number  Street

Salt Lake City  UT  84130-0285
City  State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred  12/2023

**Describe the property that secures the claim:**

2023 GMC Acadia primary pers. vehicle

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

**Column A:** $ 42,000  **Column B:** $ 35,000  **Column C:** $ 7,000

### 2.2  Caterpiller Financial Services
Creditor's Name
PO Box 6100
Number  Street

Carol Stream  IL  60197
City  State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred  4/08/2024

**Describe the property that secures the claim:**

2023 Excavator

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 9 8 1 0

**Column A:** $ 92,000  **Column B:** $ 110,000  **Column C:** $ 0

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 134,000

Official Form 106D  Schedule D: Creditors Who Have Claims Secured by Property  page 1 of 11

**Part 1:** **Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

---

| Caterpillar Financial Services Corp | Describe the property that secures the claim: | $ 65,000 | $ 90,000 | $ 0 |
|---|---|---|---|---|

Creditor's Name

PO Box 6100

Number    Street

Describe the property: **2023 Skid Steer**

Carol Stream    IL    60197

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred 2/28/2024    Last 4 digits of account number 9 8 1 0

---

| Connor Glynn | Describe the property that secures the claim: | $ 100,000 | $ 0 | $ 100,000 |
|---|---|---|---|---|

Creditor's Name

110 East Olive Street

Number    Street

Describe the property: **19 Berry Lane – Jr. Lien, Debtor 50% interest**

Apt 301

Bozeman, MT    59715

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent    Lien attaches only to debtor's undivided 50% interest
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred 05/2019    Last 4 digits of account number n a __ __

---

| Corey Waller, Perfect Temp LLC | Describe the property that secures the claim: | $ 65,000 | $ 0 | $ 65,000 |
|---|---|---|---|---|

Creditor's Name

PO Box 11644

Number    Street

Describe the property: **19 Berry Lane – Debtor 50% interest**

Bozeman, MT    59719

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent    Lien attaches only to debtor's undivided 50% interest
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Offset Claims**

Date debt was incurred 01/2026    Last 4 digits of account number n a __ __

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 230,000

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

**Danny and Judy Thomas**
Creditor's Name

11512    Windingway Rd
Number    Street

Charlotte, NC      28226
City    State   ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ Check if this claim relates to a community debt

Date debt was incurred   04/2025

**Describe the property that secures the claim:**

19 Berry Lane – Jr. Lien, Debtor 50% interest

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent    Lien attaches only to debtor's undivided 50% interest
- ❏ Unliquidated
- ❏ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

Last 4 digits of account number   na ___ ___ ___

Column A: $ 185,000    Column B: $ 185,000    Column C: $ 0

---

**Danny and Judy Thomas**
Creditor's Name

11512    Windingway Rd
Number    Street

Charlotte, NC      28226
City    State   ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ Check if this claim relates to a community debt

Date debt was incurred   04/2025

**Describe the property that secures the claim:**

702 Yellwstone Ave-junior Lien, 1 Unit Rental

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent    Lien attaches only to debtor's undivided 50% interest
- ❏ Unliquidated
- ❏ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

Last 4 digits of account number   na ___ ___ ___

Column A: $ 100,000    Column B: $ 46,500    Column C: $ 53,500

---

**First Security Bank**
Creditor's Name

208    E. Main St.
Number    Street

B1

Bozeman    M   59715
City    State   ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ Check if this claim relates to a community debt

Date debt was incurred   06/2023

**Describe the property that secures the claim:**

19 Berry Lane-1st lienholder, 2 unit investment property

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

Last 4 digits of account number   3691 ___ ___

Column A: $ 482,000    Column B: $ 482,000    Column C: $ 0

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 767,000

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $ _____

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 11

| Debtor 1 | Christopher | Gregg | Thomas | Case number (if known) | 2:26-bk-20103-BPH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 1:**
**Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

---

**First Security Bank**
Creditor's Name

208 E Main St
Number  Street

B1

Bozeman, MT          59719
City          State     ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  04/2025

**Describe the property that secures the claim:**

2016 Nissan Van Dependant Child Primary Vehicle

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  0321 __ __ __

| $ 12,270 | $ 1,550 | $ 10,720 |
|---|---|---|

---

**4 Corners Pawn**
Creditor's Name

PO Box 1050
Number  Street

Townsend, MT          59718
City          State     ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  08/2025

**Describe the property that secures the claim:**

Construction Equipment and Rental Vehicles

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  na __ __ __

| $ 240,000 | $ 0 | $ 240,000 |
|---|---|---|

---

**Kent Kauffman**
Creditor's Name

102 Cobb Hill Rd
Number  Street

Bozeman, MT          59718
City          State     ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  08/2025

**Describe the property that secures the claim:**

19 Berry Lane- Junior Lien 2 unit Investment

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent     Lien attaches only to debtor's undivided 50% interest
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  na __ __ __

| $ 165,000 | $ 92,200 | $ 72,800 |
|---|---|---|

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 417,270

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $

2:26-bk-20103-BPH   Doc# 32   Filed: 05/20/26   Page 24 of 63

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 11

| Debtor 1 | Christopher (First Name) | Gregg (Middle Name) | Thomas (Last Name) | Case number *(if known)* 2:26-bk-20103-BPH |
|---|---|---|---|---|

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Kenyon Noble**
Creditor's Name

1243   Oak St
Number   Street

Bozeman, MT   59718
City   State   ZIP Code

**Describe the property that secures the claim:**

17 Berry Lane Construction Lien, 3 Unit Investment Property

$ 35,000   $ 35,000   $ 0

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Date debt was incurred   06/2023   Last 4 digits of account number   7994 __ __ __

---

**Manhattan Bank**
Creditor's Name

1941   W Main St
Number   Street

Bozeman, MT   59718
City   State   ZIP Code

**Describe the property that secures the claim:**

17 Berry Ln-Junior Lien, 3 Unit Investment Property

$ 104,000   $ 104,000   $ 0

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Date debt was incurred   12/2024   Last 4 digits of account number   1469 __ __ __

---

**Matt Lewallen**
Creditor's Name

10698   Bluffside Dr
Number   Street

Lone Tree, CO   80124
City   State   ZIP Code

**Describe the property that secures the claim:**

Yellwstone Ave, 1 Unit Rental

$ 30,000   $ 30,000   $ 0

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent   Lien attaches only to debtor's undivided 50% interest
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Date debt was incurred   11/2023   Last 4 digits of account number   __ __ __ __

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 169,000

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ _____

2:26-bk-20103-BPH   Doc#: 32   Filed: 05/20/26   Page 25 of 63

Official Form 106D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 5 of 11

| Debtor 1 | Christopher | Gregg | Thomas | | Case number *(if known)* 2:26-bk-20103-BPH |
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
| --- | --- | --- | --- | --- |

---

**New Rez,/Shell Point Servicing**
Creditor's Name

PO Box   740039
Number       Street

Cincinnati, OH          45274
City              State   ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

Date debt was incurred   06/2025

**Describe the property that secures the claim:**

| 1st Lien, Primary Residence |

Column A $ 803,000   Column B $ 803,000   Column C $ 0

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

Last 4 digits of account number   0331 __ __

---

**Northmill Equipment Fin**
Creditor's Name

601   Merritt 7
Number       Street

Suite 5

Norwalk, CT          06851
City              State   ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

Date debt was incurred   05/2025

**Describe the property that secures the claim:**

| 2024 Dodge Ram Construction Vehicle |

Column A $ 66,000   Column B $ 25,000   Column C $ 41,000

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

Last 4 digits of account number   7937 __ __

---

**One Main Fin Grp, LLC**
Creditor's Name

PO Box   60511
Number       Street

City of Ind, CA          91716
City              State   ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

Date debt was incurred   10/2022

**Describe the property that secures the claim:**

| 2016 Nissan Van Dependant Child Primary Vehicle |

Column A $ 8,450   Column B $ 8,450   Column C $ 0

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

Last 4 digits of account number   6637 __ __

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 877,450

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 6 of 11

| Debtor 1 | Christopher | Gregg | Thomas | Case number (if known) | 2:26-bk-20103-BPH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | |

### One Main Financial Group

**Creditor's Name**

PO Box 60511

Number    Street

City of Ind, CA    91716

City    State    ZIP Code

**Describe the property that secures the claim:**

> 2022 Jeep GR Wagoneer Primary Pers Vehicle

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 10/2022

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number 6637 __ __ __

Column A: $18,825   Column B: $18,825   Column C: $0

### Shain Urwin

**Creditor's Name**

5151    W River Springs Rd

Number    Street

Livingston, MT    59047

City    State    ZIP Code

**Describe the property that secures the claim:**

> 17 Berry Ln-1st Lien, 3 Unit Investment Property

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 11/2024

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number na __ __ __

Column A: $663,000   Column B: $663,000   Column C: $0

### Sky Federal CU

**Creditor's Name**

202    W Park St

Number    Street

Livingston, MT    59047

City    State    ZIP Code

**Describe the property that secures the claim:**

> 2019 Keystone Rv-Worksite Trailer

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 06/2021

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number 0102 __ __ __

Column A: $52,200   Column B: $10,000   Column C: $42,200

Add the dollar value of your entries in Column A on this page. Write that number here: **$ 734,025**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$**

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 7 of 11

| Debtor 1 | Christopher | Gregg | Thomas | | Case number (if known) | 2:26-bk-20103-BPH |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|---|

---

**Stellantis Financial Services**
Creditor's Name

PO Box 660335
Number    Street

Dallas, TX    75266
City    State    ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    11/2023

**Describe the property that secures the claim:**

| 2023 Jeep Gladiator Rental Vehicle |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    0001 __ __ __

Column A: $ 42,000
Column B: $ 35,000
Column C: $ 7000

---

**Stockman Bank**
Creditor's Name

PO Box 30777
Number    Street

Billings, MT    59107
City    State    ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    10/2022

**Describe the property that secures the claim:**

| 2022 Jeep Primary Pers Vehicle |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    0728 __ __ __

Column A: $ 42,000
Column B: $ 42,000
Column C: $ 0

---

**Twila Kauffman**
Creditor's Name

3280    Highline Rd
Number    Street

Manhattan, MT    59741
City    State    ZIP Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    01/2026

**Describe the property that secures the claim:**

| 19 Berry Lane-junior lien, 2 unit Investment |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated     Lien attaches only to debtor's undivided 50% interest
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    na __ __ __

Column A: $ 55,000
Column B: $ 0
Column C: $ 55,000

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 139,000

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    $

2:26-bk-20103-BPH   Doc#: 32   Filed: 05/20/26   Page 28 of 63

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 8 of 11

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**Part 1:** | **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

**Tyler Jackson/ TJJ Construction**    $ 23,000    $ 23,000    $ 0

Creditor's Name

| 2472 | Gallatin Green Blvd |
|---|---|
| Number | Street |

Describe the property that secures the claim:

**Construction Lien on Primary Res**

#108

**As of the date you file, the claim is:** Check all that apply.

| Bozeman, MT | 59718 |
|---|---|
| City | State   ZIP Code |

☐ Contingent
■ Unliquidated    Lien attaches only to debtor's undivided 50% interest
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred   04/2025    Last 4 digits of account number   na __ __ __

---

**Valley FCU-Loan Dept**    $ 50,000    $ 0    $ 50,000

Creditor's Name

| 2522 | 4th Ave N |
|---|---|
| Number | Street |

Describe the property that secures the claim:

2022 Jeep GR Wagoneer Primary Pers Vehicle

**As of the date you file, the claim is:** Check all that apply.

| Billings, MT | 59101 |
|---|---|
| City | State   ZIP Code |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred   11/2023    Last 4 digits of account number   unkown __ __

---

**Wegner Roofing**    $ 19,500    $ 19,500    $ 0

Creditor's Name

| 2325 | 1st Ave N |
|---|---|
| Number | Street |

Describe the property that secures the claim:

**19 Berry Lane (Unit A roof lien)**

**As of the date you file, the claim is:** Check all that apply.

| Billings, MT | 59101 |
|---|---|
| City | State   ZIP Code |

☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) offset claims

☐ **Check if this claim relates to a community debt**

Date debt was incurred   11/2024    Last 4 digits of account number   unknown __ __

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 92,500

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $ _____

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 9 of 11

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

### Wegner Roofing
Creditor's Name

2325    1st Ave N
Number    Street

Billings, Mt     59101
City    State   ZIP Code

**Describe the property that secures the claim:**

19 Berry Lane (Unit B roof lien)

Column A: $ 27,300    Column B: $ 27,300    Column C: $ 0

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred 11/2024

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) Offset Claims

Last 4 digits of account number unknown

---

### Wegner Roofing
Creditor's Name

2325    1st Ave N
Number    Street

Billings, MT     59101
City    State   ZIP Code

**Describe the property that secures the claim:**

273 N Old Place Roof Lien-Primary Residence

Column A: $ 29,475    Column B: $ 29,475    Column C: $ 0

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred 11/2024

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) Offset Claims

Last 4 digits of account number unknown

---

Creditor's Name

Number    Street

City    State   ZIP Code

**Describe the property that secures the claim:**

Column A: $    Column B: $    Column C: $

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 56,775

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ 3,617,020

2:26-bk-20103-BPH   Doc#: 32   Filed: 05/20/26   Page 30 of 63

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 10 of 11

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | | |
|---|---|---|
| Name | | On which line in Part 1 did you enter the creditor? _____ |
| | | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | | |
| City     State    ZIP Code | | |

| | | |
|---|---|---|
| Name | | On which line in Part 1 did you enter the creditor? _____ |
| | | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | | |
| City     State    ZIP Code | | |

| | | |
|---|---|---|
| Name | | On which line in Part 1 did you enter the creditor? _____ |
| | | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | | |
| City     State    ZIP Code | | |

| | | |
|---|---|---|
| Name | | On which line in Part 1 did you enter the creditor? _____ |
| | | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | | |
| City     State    ZIP Code | | |

| | | |
|---|---|---|
| Name | | On which line in Part 1 did you enter the creditor? _____ |
| | | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | | |
| City     State    ZIP Code | | |

| | | |
|---|---|---|
| Name | | On which line in Part 1 did you enter the creditor? _____ |
| | | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | | |
| City     State    ZIP Code | | |

| Print | Save As... | Add Attachment | Reset |
|---|---|---|---|

Official Form 106D     Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**     page 11 of 11

Debtor 1 **Chrsitopher Gregg Thomas**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Montana

Case number 2:26-bk-20103-BPH
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

_____
Priority Creditor's Name

_____  _____
Number      Street

_____

_____  _____  _____
City        State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____  $_____  $_____

**2.2**

_____
Priority Creditor's Name

_____  _____
Number      Street

_____

_____  _____  _____
City        State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____  $_____  $_____

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**Priority Creditor's Name**

Number  Street

City  State  ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim is for a community debt

**Is the claim subject to offset?**

❑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

$_____  $_____  $_____

---

**Priority Creditor's Name**

Number  Street

City  State  ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim is for a community debt

**Is the claim subject to offset?**

❑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

$_____  $_____  $_____

---

**Priority Creditor's Name**

Number  Street

City  State  ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim is for a community debt

**Is the claim subject to offset?**

❑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

$_____  $_____  $_____

Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page 2 of 14

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**   Billion Auto

Nonpriority Creditor's Name

270 Automotive Dr.

Number    Street

Bozeman      MT    59718

City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number n   a   __   __     $    18,000

When was the debt incurred?   11/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Vehicle Repair Services

---

**4.2**   Capital One Bank USA NA

Nonpriority Creditor's Name

PO Box 30285

Number    Street

Salt Lake City      UT    84130

City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 7   1   1   7     $    10,000

When was the debt incurred?   11/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

---

**4.3**   Capital One Bank USA NA

Nonpriority Creditor's Name

PO Box 30285

Number    Street

Salt Lake City      UT    84130

City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 3   5   4   9     $    500

When was the debt incurred?   11/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 3 of 14

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

### Capital One Bank USA NA
Nonpriority Creditor's Name

PO Box 30285
Number    Street

Salt Lake City      UT      84130
City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3  9  4  6      $ 5,000

**When was the debt incurred?**  07/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

---

### Cliff Abbott c/o Dave Lichtenstein
Nonpriority Creditor's Name

12015 E 46th Ave , suite 240
Number    Street

Denver      CO      80239
City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  n  a  __  __      $ 90,000

**When was the debt incurred?**  11/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Contractual Obligation

---

### Credit One Bank, NA
Nonpriority Creditor's Name

PO Box 98873
Number    Street

Las Vegas      NV      89193
City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 2000

Last 4 digits of account number  3  9  1  6

**When was the debt incurred?**  11/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 4 of 14

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**Credit One Bank, NA**

Nonpriority Creditor's Name

PO Box    98873

Number         Street

Las Vegas                    NV        89193

City                          State      ZIP Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  1855  __ __ __

When was the debt incurred?    11/2019

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify Credit Card

$ 1,500

---

**Credit One Bank, NA**

Nonpriority Creditor's Name

PO Box    98873

Number         Street

Las Vegas                    NV        89193

City                          State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  3228  __ __ __

When was the debt incurred?    11/2019

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

$ 3,000

---

**Discover Bank**

Nonpriority Creditor's Name

PO Box    30943

Number         Street

Salt Lake City            UT        84130

City                          State      ZIP Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  1494  __ __ __

When was the debt incurred?    07/2025

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

$ 2,000

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 5 of 14

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**Doug Huber**
Nonpriority Creditor's Name

1710    9th Street
Number    Street

Greeley                CO        80631
City                    State    ZIP Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
■ Yes

Last 4 digits of account number  na  __ __ __

**When was the debt incurred?**    05/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Contractual Obligation

$ 2,500,000

---

**First Security Bank, Div of Glacier Bank**
Nonpriority Creditor's Name

208    E Main St
Number    Street

Bozeman                MT        59715
City                    State    ZIP Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
■ Yes

Last 4 digits of account number  6816  __ __ __

**When was the debt incurred?**    08/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Contractual Obligation

$ 110,000

---

**Forward Financing, LLC c/o Morgan Hoyt**
Nonpriority Creditor's Name

27    N 27th St, Suite 1900
Number    Street

Billings                MT        59101
City                    State    ZIP Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
■ Yes

Last 4 digits of account number  unknown  __ __ __ __

**When was the debt incurred?**    07/2025

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Contractual Obligation

$ 22,000

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 6 of 14

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

Greyhaven Partners c/o Morgan Hoyt

Nonpriority Creditor's Name

27          N 27th St, Suite 1900

Number          Street

Billings                    MT        59101

City                        State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number  unknown __ __ __ __

**When was the debt incurred?**  07/2025

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Contractual Obligation

$ 35,000

---

Home Depot Credit Services

Nonpriority Creditor's Name

PO Box   9001010

Number          Street

Louisville                  KY        40290

City                        State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  4882 __ __ __ __

**When was the debt incurred?**  05/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card

$ 5,000

---

Joseph Robinette c/o Britany Peters

Nonpriority Creditor's Name

2472        Gallatin Green Blvd #108

Number          Street

Bozeman                    MT        59718

City                        State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number  na __ __ __ __

**When was the debt incurred?**  04/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Contractual Obligation

$ 20,000

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**Joseph Ferguson-JLF Contractors**
Nonpriority Creditor's Name

510    S Circle Drive
Number    Street

Belgrade        MT    59714
City        State    ZIP Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
❑ Yes

Last 4 digits of account number  na __ __ __    $ 5,000

**When was the debt incurred?**   12/2025

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Contractual Obligation

---

**Jesse Roethle-r7 Contractors**
Nonpriority Creditor's Name

510    S Circle Dr
Number    Street

Belgrade        MT    59714
City        State    ZIP Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
❑ Yes

Last 4 digits of account number  na __ __ __    $ 5,000

**When was the debt incurred?**   12/2025

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Contractual Obligation

---

**Kenyon Noble c/o Scott Hyatt**
Nonpriority Creditor's Name

1243    W Oak St
Number    Street

Bozeman        MT    59715
City        State    ZIP Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
❑ Yes

Last 4 digits of account number  7994 __ __ __    $ 45,000

**When was the debt incurred?**   06/2023

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Material Supplier, unsecured portion

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 8 of 14

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

### Levi Piedalue-Wolffe Construction
Nonpriority Creditor's Name

510    Jackrabbit Rd.
Number    Street

Belgrade      MT      59714
City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number   7994   __ __ __ __

When was the debt incurred?   06/2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Contractual Obligation

$ 5,000

---

### Lowes (Synchrony Bank)
Nonpriority Creditor's Name

PO Box   965033
Number    Street

Orlando      FL      32896
City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number   0844   __ __ __ __

When was the debt incurred?   08/2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card

$ 5,900

---

### Merrick Bank
Nonpriority Creditor's Name

PO Box   5000
Number    Street

Draper      UT      84020
City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number   3991   __ __ __ __

When was the debt incurred?   07/2025

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card

$ 3,000

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 9 of 14

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### The Bank of Missouri-Milestone Credit Card
Nonpriority Creditor's Name

PO Box    4477
Number        Street

Beaverton                    OR        97076
City                         State     ZIP Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 3376 __ __ __

**When was the debt incurred?** 07/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Credit Card

$ 750

---

### The Bank of Missouri-Concora Credit Card
Nonpriority Creditor's Name

PO Box    4477
Number        Street

Beaverton                    OR        97076
City                         State     ZIP Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 8173 __ __ __

**When was the debt incurred?** 07/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Credit Card

$ 780

---

### Pat Ridens
Nonpriority Creditor's Name

1700      Bassett St, #2312
Number        Street

Denver                       CO        80202
City                         State     ZIP Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** na __ __ __

**When was the debt incurred?** 11/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Contractual Obligation

$ 40,000

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 10 of 14

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**Spartan Business Solutions c/o Morgan Hoyt**
Nonpriority Creditor's Name

27    N 27th St Suite 1900
Number    Street

Billings    MT    59101
City    State    ZIP Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

- ❑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ❑ Yes

Last 4 digits of account number **unknown** __ __ __ __

**When was the debt incurred?** 04/2025

**As of the date you file, the claim is:** Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify Contractual Obligation

$ 19,000

---

**Spectrum- Charter Communications**
Nonpriority Creditor's Name

PO Box    790449
Number    Street

St Louis    MO    63179
City    State    ZIP Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

- ❑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ❑ Yes

Last 4 digits of account number **unknown** __ __ __ __

**When was the debt incurred?** 08/2022

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify Contractual Obligation

$ 490

---

**US Bank NA**
Nonpriority Creditor's Name

PO Box    790408
Number    Street

St Louis    MO    63179
City    State    ZIP Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

- ❑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ❑ Yes

Last 4 digits of account number 2871 __ __ __ __

**When was the debt incurred?** 07/2025

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify Credit Card

$ 20,000

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 11 of 14

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**Verizon Wireless**
_____
Nonpriority Creditor's Name

PO Box    660108
_____
Number    Street

Dallas                          TX        75266
_____
City                              State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **8494**  __ __ __ __

When was the debt incurred?  **02/1998**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Contractual Obligation

$ 6,000

---

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City                              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$ _____

---

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City                              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$ _____

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name _____

Number   Street

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. | $ 0 |
| | 6b. Taxes and certain other debts you owe the government | 6b. | $ 0 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ 0 |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 0 |
| | 6e. Total. Add lines 6a through 6d. | 6e. | $ 0 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. | $ 0 |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0 |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0 |
| | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 2,979,920 |
| | 6j. Total. Add lines 6f through 6i. | 6j. | $ 2,979,920 |

Print　Save As...　Add Attachment　Reset

Debtor  **Christopher Gregg Thomas**
First Name      Middle Name      Last Name

Debtor 2
(Spouse If filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of Montana

Case number  **2:26-bk-20103-BPH**
(If known)

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct Information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1**   Big Sky Propane <br> Name <br> 9230 Wooden Shoe Lane <br> Number   Street <br> Manhattan    MT    59741 <br> City    State    ZIP Code | Propane Tank Lease Agreement. |
| **2.2**   Krissy Ludricks- Realtor <br> Name <br> 1221 Echelon Place Suite C <br> Number   Street <br> Helena    MT    59602 <br> City    State    ZIP Code | Property management agreement for Berry Lane properties (spouse) |
| **2.3**   TRI Property Management <br> Name <br> 8th Ave <br> Number   Street <br> Greeley    CO    80631 <br> City    State    ZIP Code | Property management agreement for Greeley, CO rental property. |
| **2.4**   Various RV Renters <br> Name <br><br> Number   Street <br><br> City    State    ZIP Code | Month-to-month and week-to-week RV rental agreements at 273 N Old Place Lane. |
| **2.5**   Belgrade Self Storage <br> Name <br> 18411 Frontage Rd <br> Number   Street <br> Belgrade    MT    59714 <br> City    State    ZIP Code | Storage Unit |

| Debtor 1 | Christopher Gregg Thomas | Case number (if known) | 2:26-bk-20103-BPH |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.2** _____
Name

_____
Number      Street

_____
City                    State      ZIP Code

**2.__** _____
Name

_____
Number      Street

_____
City                    State      ZIP Code

**2.__** _____
Name

_____
Number      Street

_____
City                    State      ZIP Code

**2.__** _____
Name

_____
Number      Street

_____
City                    State      ZIP Code

**2.__** _____
Name

_____
Number      Street

_____
City                    State      ZIP Code

**2.__** _____
Name

_____
Number      Street

_____
City                    State      ZIP Code

**2.__** _____
Name

_____
Number      Street

_____
City                    State      ZIP Code

**2.__** _____
Name

_____
Number      Street

_____
City                    State      ZIP Code

| Print | Save As... | Add Attachment | | Reset |
|---|---|---|---|---|

Official Form 106G          Schedule G: Executory Contracts and Unexpired Leases          page ___ of ___

Debtor 1 **Christopher Gregg Thomas**
First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Montana

Case number **2:26-bk-20103-BPH**
(If known)

❑ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ❑ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ❑ No

        ❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number     Street

   _____
   City        State       ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.1**

Name _____

Number     Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3.2**

Name _____

Number     Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3.3**

Name _____

Number     Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|

Check all schedules that apply:

3._

Name

Number  Street

City  State  ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number  Street

City  State  ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number  Street

City  State  ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number  Street

City  State  ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number  Street

City  State  ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number  Street

City  State  ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number  Street

City  State  ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number  Street

City  State  ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**Print**     **Save As...**     **Add Attachment**     **Reset**

Fill in this information to identify your case:

Debtor 1  **Christopher Gregg Thomas**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of Montana

Case number **2:26-bk-20103-BPH**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed <br> ☐ Not employed | ☐ Employed <br> ☐ Not employed |
| Occupation | Development | |
| Employer's name | Self | |
| Employer's address | 273 N Old Place Ln. <br> Number  Street | Number  Street |
| | Belgrade  MT  59714 <br> City  State  ZIP Code | City  State  ZIP Code |
| How long employed there? | 5 years | 5 years |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0 | $ |
| 3. | Estimate and list monthly overtime pay. | + $ 0 | + $ |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 0 | $ |

2:26-bk-20103-BPH  Doc#: 32  Filed: 05/20/26  Page 50 of 63

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

Copy line 4 here.................................................................→ 4. $ ____0____  $ _____

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0 | $ |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0 | $ |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0 | $ |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0 | $ |
| 5e. | Insurance | 5e. | $ 0 | $ |
| 5f. | Domestic support obligations | 5f. | $ 0 | $ |
| 5g. | Union dues | 5g. | $ 0 | $ |
| 5h. | Other deductions. Specify: _____ | 5h. | +$ 0 | + $ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6.  $ ____0____  $ _____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.  7.  $ ____0____  $ _____

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a.  $ ____5,000____  $ _____

8b. Interest and dividends  8b.  $ ____0____  $ _____

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c.  $ ____0____  $ _____

8d. Unemployment compensation  8d.  $ ____0____  $ _____

8e. Social Security  8e.  $ ____0____  $ _____

8f. Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____  8f.  $ ____0____  $ _____

8g. Pension or retirement income  8g.  $ ____0____  $ _____

8h. Other monthly income. Specify: _____  8h.  +$ ____0____  +$ _____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9.  $ ____5,000____  $ _____

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $ ____5,000____ + $ _____ = $ ____5,000____

11. State all other regular contributions to the expenses that you list in Schedule J.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. + $ ____0____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies  12.  $ ____5,000____

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:  Expenses are expected to increase as income stabilizes. Rental income is received by spouse and is not

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher Gregg Thomas** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Montana

Case number (If known)   2:26-bk-20103-BPH

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. Does Debtor 2 live in a separate household?

  ☐ No

  ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Margaret Thomas | 53 | ☐ No  ☑ Yes |
| Silas Thomas (Disabled) | 18 | ☐ No  ☑ Yes |
| Lachlan Thomas | 16 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $_____3,400 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $_____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $_____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $_____ |
| 4d. | Homeowner's association or condominium dues | 4d. | $_____ |

|  |  | Your expenses |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $_____ |
| 6. | **Utilities:** |  |
|  | 6a. Electricity, heat, natural gas | 6a. $_____700 |
|  | 6b. Water, sewer, garbage collection | 6b. $_____25 |
|  | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $____- 250 |
|  | 6d. Other. Specify: _____ | 6d. $_____ |
| 7. | **Food and housekeeping supplies** | 7. $_____1200 |
| 8. | **Childcare and children's education costs** | 8. $_____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $_____100 |
| 10. | **Personal care products and services** | 10. $_____ |
| 11. | **Medical and dental expenses** | 11. $_____ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $_____ |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $_____ |
| 14. | **Charitable contributions and religious donations** | 14. $_____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |
|  | 15a. Life insurance | 15a. $_____ |
|  | 15b. Health insurance | 15b. $_____780 |
|  | 15c. Vehicle insurance | 15c. $_____400 |
|  | 15d. Other insurance. Specify:_____ | 15d. $_____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $_____ |
| 17. | **Installment or lease payments:** |  |
|  | 17a. Car payments for Vehicle 1 | 17a. $_____1025 |
|  | 17b. Car payments for Vehicle 2 | 17b. $_____850 |
|  | 17c. Other. Specify: Vehicle _____ | 17c. $_____1200 |
|  | 17d. Other. Specify: Vehicle _____ | 17d. $_____980 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $_____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. $_____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** |  |
|  | 20a. Mortgages on other property | 20a. $_____ |
|  | 20b. Real estate taxes | 20b. $_____ |
|  | 20c. Property, homeowner's, or renter's insurance | 20c. $_____ |
|  | 20d. Maintenance, repair, and upkeep expenses | 20d. $_____ |
|  | 20e. Homeowner's association or condominium dues | 20e. $_____ |

21. **Other**. Specify: _____    21.    +$ _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.    $ _____ 10,910

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $ _____ 0

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $ _____ 10,910

23. **Calculate your monthly net income.**

    23a.    Copy line 12 (your combined monthly income) from Schedule I.    23a.    $ _____ 5,000

    23b.    Copy your monthly expenses from line 22c above.    23b.    – $ _____ -10,910

    23c.    Subtract your monthly expenses from your monthly income.
            The result is your monthly net income.    23c.    $ _____ -5,910

*Expenses reflect debtor's portion of household obligations; spouse receives rental income and covers remaining shared expenses. A disabled dependent child recently turned 18 and is expected to contribute approximately $918/month on an ongoing basis."*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ☑ Yes.    Explain here:    Expenses are expected to increase as income stabilizes. Rental income is received by spouse and is not included; current income is temporarily reduced and expenses reflect a reduced, baseline level.

| | | | |
|---|---|---|---|
| Debtor 1 | Christopher Gregg Thomas | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of *Montana*
(State)

Case number: 2:26-bk-20103-BPH
(If known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than under Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | $ | | | |
| Ordinary and necessary operating expenses | − $ | − $ | | | |
| Net monthly income from a business, profession, or farm | $ | $ | Copy here ➔ | $ 5000 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | $ | | | |
| Ordinary and necessary operating expenses | − $ | − $ | | | |
| Net monthly income from rental or other real property | $ | $ | Copy here ➔ | $ 0 | $ |

2:26-bk-20103-BPH   Doc# 32   Filed: 05/20/26   Page 55 of 63

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0 | $ |
| 8. | **Unemployment compensation** | $ 0 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:............................... ↓

    For you ...................................................................... $_____

    For your spouse........................................................ $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.
    $ 0        $_____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____    $ 0        $_____

_____    $_____    $_____

    Total amounts from separate pages, if any.    + $_____    + $_____

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 5,000    +    $_____    =    $ 5,000

**Total current monthly income**

---

**Part 2:**   **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**✗** _____    **✗** _____
    Signature of Debtor 1                    Signature of Debtor 2

Date 5/3/2026                Date_____
    MM / DD / YYYY                       MM / DD / YYYY

2:26-bk-20103-BPH   Doc#: 32   Filed: 05/20/26   Page 56 of 63

Christopher Gregg Thomas
PO Box 11718
Bozeman, MT 59719
303.503.8362
gthomasblrf@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE, | Case No.: 2:26-bk-20103-BPH |
| CHRISTOPHER GREGG THOMAS, | Chapter 11 |
| DEBTOR | STATEMENT OF INTEREST IN EDUCSTION IRA |

Pursuant to 11 U.S.C. § 521(c), Debtor states he has no interest in any education individual retirement account or qualified tuition program.

Respectfully submitted this 4th day of May, 2026

Gregg Thomas,
Debtor

1

Christopher Gregg Thomas
PO Box 11718
Bozeman, MT 59719
303.503.8362
gthomasblrf@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE, | Case No.: 2:26-bk-20103-BPH |
| CHRISTOPHER GREGG THOMAS, | |
| DEBTOR | Chapter 11 |
| | STATEMENT OF DOMETIC SUPPORT OBLIGATIONS |

Debtor has no domestic support obligations.

Respectfully submitted this 4th day of May, 2026

Gregg Thomas,
Debtor

1

Doug Huber
1710 9th St
Greeley, CO 80631

First Security Bank
208 E Main St B1
Bozeman, MT 59715

Cliff Abbott
c/o Dave Lichtenstein
Livelihood Law
12015 E 46th Ave, Suite 240
Denver, CO 80239

Spartan Business Solutions
371 E Main St, Suite 2
Middletown, NY 10940

Kenyon Noble
Scott Hyatt
1243 W Oak St
Bozeman, MT 59715

Pat Ridens
1700 Bassett St #2312
Denver CO 80202

Greyhaven Partners, LLC
c/o Anderson Registered Agents
1716 Capitol Ave Suite 100
Cheyenne, WY 82001

Forward Financing
251 Little Falls Drive
Wilmington, DE 19808

US Bank National Association
Cardmember Service
PO Box 790408
St Louis, MO 63179-0408

Joey Robinette
c/o Brittany Peters
2472 Gallatin Green Blvd #108
Bozeman, MT 59718

Billion Auto
270 Automotive Ave
Bozeman, MT 59718

Capital One Bank USA NA
Attn Bankruptcy Dept
PO Box 30285
Salt Lake City, UT 84130-0285

Verizon
Attn Correspondence Team
PO Box 660108
Dallas, TX 75266-0108

Lowes (Synchrony Bank)
PO Box 965033
Orlando, FL 32896-5033

Jesse Roethle c/o r7 contractors
510 S Circle Drive, Unit B
Belgrade, MT 59714

Citibank NA
Home Depot Credit Services
PO Box 9001010
Louisville, KY 40290-1010

Discover Bank
PO Box 30943
Salt Lake City, UT 84130-0943

Credit One Bank NA
Attn Customer Service
PO Box 98873
Las Vegas, NV 89193-8873

Merrick Bank
Attn Customer Service
PO Box 5000
Draper, UT 84020-5000

The Bank of Missouri
Milestone Credit Card
PO Box 4477
Beaverton, OR 97076-4477

Joseph Ferguson
510 S Circle Drive, Unit A
Belgrade, MT 59714

Danny and Judy Thomas
11512 Windingway Rd
Charlotte, NC 28226

Spectrum
Charter Communications
PO Box 790449
St Louis, MO 63179-0449

Kent Kauffman
102 Cobb Hill Rd
Bozeman, MT 59718

Twila Kauffman
3280 Highline Rd
Manhattan, MT 59741

NewRez LLC
Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274-0039

Shain Urwin
5151 West River Springs Road
Eagle ID 83616

Stockman Bank
PO Box 30777
Billings, MT 59107-0777

Valley FCU
Attn Loan Department
2522 4th Ave N
Billings, MT 59101

Manhattan Bank
PO Box 130
Manhattan, MT 59741

Caterpillar Financial Services Corp
PO Box 6100
Carol Stream, IL 60197-6100

Sky Federal Credit Union
Attn Loan Department
202 W Park St
Livingston, MT 59047

OneMain Financial Group LLC
PO Box 60511
City of Industry, CA 91716-0511

Wegner Roofing LLC
2325 1st Ave N
Billings, MT 59101

Matt Lewallen
10698 Bluffside Drive
Lone Tree, CO 80124

Four Corners Pawn
PO Box 1050
Townsend, MT 59644

Connor Glynn
110 East Olive Street
Apt 301
Bozeman, MT 59715

Margaret Thomas
PO Box 11718
Bozeman, MT 59719

Silas Thomas
PO Box 11718
Bozeman, MT 59719

Lachlan Thomas
PO Box 11718
Bozeman, MT 59719

Tyler Jackson, TJJ Construction
c/o Brittany Peters
2472 Gallatin Green Blvd #108
Bozeman, MT 59718

Josiah Rosa

North Mill Equipment Finance LLC
601 Merritt 7 Ste 5
Norwalk CT 06851

Zurich American Insurance Company
1299 Zurich Way
Schaumbaurg, IL 60196

Elavon Inc
Attn Legal Department
2 Concourse Pkwy Ste 800
Atlanta GA 30328

Levi Piedalue- Wolfe Const
505 Jackrabbit Rd
Belgrade, MT 59714

Corey Waller , Perfect Temp LLC
PO Box 11644
Bozeman, MT 59719

Best Egg / Marlette Funding LLC
PO Box 23679
Jacksonville. FL 32241-3679

Fay Servicing, LLC
P.O. Box 6184
Carol Stream, IL 60197-6184

Morgan B. Hoyt
Moulton Bellingham PC
27 North 27th Street, Suite 1900
Billings, MT 59101

Stellantis Financial Serv
P.O. Box 660335
Dallas, Tx 75266-0335