**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**

In re

**CHRISTOPHER GREGG THOMAS**,

Case No. **2:26-bk-20103-BPH**

Debtor.

**ORDER**

In this Chapter11 bankruptcy, the Debtor filed an "Application to Approve Employment of Professional and Affidavit" on July 2, 2026, at ECF No. 77. The Application requests authority to employ Krissy Ludricks ("Professional") as realtor for the estate in order to sell Debtor's real properties at 17 Berry Lane, 19 Berry Lane, and 702 Yellowstone Avenue. The Application does not provide a listing agreement, however, pursuant to Mont. LBR 2014-1(d), a listing agreement may be filed within seven days of the order approving the employment application. Upon review of the Application and the Affidavit of Professional, and with the expectation of a forthcoming fully executed listing agreement, the Court is satisfied that Professional is qualified to perform the tasks associated with employment. In addition, the Court is satisfied that Professional represents no interest substantially adverse to Debtor or the estate and that employment is necessary and in the best interest of the estate pursuant to 11 U.S.C. § 327. Accordingly,

IT IS ORDERED the Application is approved pursuant to 11 U.S.C. § 327. Any application for compensation or reimbursement of Professional by the estate shall comply with Fed. R. Bankr. P. 2016, and any related rules. The reasonableness of any fee request will be determined pursuant to the standards specified in 11 U.S.C. § 330.

IT IS FURTHER ORDERED and NOTICE IS HEREBY GIVEN that Professional's employment is approved for a term set forth in the forthcoming listing agreement, however, such term shall not exceed one year and will not be extended without approval of this Court.

1

IT IS FURTHER ORDERED that, pursuant to Mont. LBR 2014-1(d), Debtor shall file a fully executed listing agreement with the Court within seven (7) days of the date of this Order, or this Order will be void.

Dated July 2, 2026.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

2