Lewis N. Stoddard, Bar Number 60723896
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Capital One Auto Finance, a
division of Capital One, N.A.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:  801-355-2886
Fax:  801-328-9714
File No:  MT24065

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>CHRISTOPHER GREGG THOMAS<br><br>Debtor. | Bankruptcy Case No. 2:26-bk-20103-BPH<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE OF COUNSEL, AND REQUEST FOR NOTICE OF PROCEEDINGS** |

The undersigned attorney, Lewis N. Stoddard, pursuant to Federal Rule of Bankruptcy Procedure 9010(b) hereby enters his appearance for and in behalf of Capital One Auto Finance, a division of Capital One, N.A. in the above entitled matter and hereby requests that on behalf of Capital One Auto Finance, a division of Capital One, N.A., he be provided with special notice of all filings made by the Debtor with the above referenced Bankruptcy Court and that he be added to the mailing matrix as attorney for Capital One Auto Finance, a division of Capital One, N.A..

Lewis N. Stoddard
**HALLIDAY, WATKINS & MANN, P.C.**
376 East 400 South, Suite 300
Salt Lake City, UT 84111

DATED this 21st day of July, 2026.

<div style="margin-left:45%;">

_/s/ Lewis N. Stoddard_

Lewis N. Stoddard
Attorney for Capital One Auto Finance, a division
of Capital One, N.A.

</div>

# MAILING CERTIFICATE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance of Counsel, and Request for Notice of Proceedings was mailed by first class mail, postage prepaid, on the 21st day of July, 2026, to the following:

Christopher Gregg Thomas
702 Yellowstone Ave
Belgrade, MT 59714
Debtor

United States Trustee
Via ECF

Pro Se
Via ECF
Debtor's Attorney

BRETT R CAHOON
Via ECF
Chapter 11 Trustee

/s/ Lewis N. Stoddard