Elliott D. McGill
Parsons Behle & Latimer
127 East Main Street, Suite 301
Missoula, MT 59802
(406) 317-7220
emcgill@parsonsbehle.com

*Attorneys for BSP of Helena, Inc.*
*d/b/a 4 Corners Pawn*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re | |
| **CHRISTOPHER GREGG THOMAS**, | Case No. 2:26-bk-20103-BPH |
| Debtors. | Chapter 11 |

## BSP OF HELENA, INC.'S UNOPPOSED MOTION TO VACATE HEARING ON MOTION FOR TURNOVER AND RELATED DEADLINES

Party-in-interest, BSP of Helena, Inc. d/b/a 4 Corners Pawn ("**4 Corners**"), respectfully moves for an order vacating the hearing on Debtor's various filings seeking turnover of certain personal property in 4 Corners' possession (ECF 29, 51, 66) (collectively, the "**Motion for Turnover**") for the reasons set forth below:

1.     The Debtor commenced this case on April 20, 2026.

2.     4 Corners is in possession of certain personal property, which the Debtor contends is property of the estate under 11 U.S.C. § 541(a).

3.     The Debtor's Motion for Turnover seeks the return of such personal property and is currently set for a hearing on August 10, 2026 (the "**Turnover Hearing**"). *See* ECF 95.

4. The Court's Order setting the Turnover Hearing directed 4 Corners to file its objection to the Motion for Turnover by July 24, 2026, and provided the Debtor until August 3, 2026 to file a reply to such objection. ECF 95.

5. On July 21, 2026, Debtor filed a Motion to Dismiss this case. ECF 114.

6. That same day, the United States Trustee filed a motion seeking dismissal or conversion of the case. ECF 115.

7. The United State's Trustee's motion is currently set for hearing on August 10, 2026. ECF 119.

8. 4 Corners believes the relief sought by the United States Trustee and Debtor eliminates the necessity of a hearing or ruling on the Motion for Turnover.

9. In light of the pending motions for conversion or dismissal, 4 Corners respectfully requests that the Court vacate the August 10, 2026 hearing on the Motion for Turnover and accompanying briefing deadlines for 4 Corners and the Debtor.

10. Prior to the filing of this Motion, counsel for 4 Corners contacted the Debtor to discuss the relief requested. The Debtor indicated that he does not oppose the requested relief.

Accordingly, 4 Corners respectfully requests that the Court vacate the August 10, 2026 hearing on the Motion for Turnover and accompanying briefing deadlines.

DATED this 23rd day of July, 2026.

PARSONS BEHLE & LATIMER

By: /s/ Elliott D. McGill
*Attorneys for Attorneys for BSP of Helena, Inc. d/b/a*
*4 Corners Pawn*

## **CERTIFICATE OF SERVICE**

I, Elliott D. McGill, hereby certify under penalty of perjury that I electronically filed a true and exact copy of the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification electronically to parties in interest served by the Court's CM/ECF.

Dated this 23rd day of July 2026.


/s/ Elliott D. McGill