**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

In re

**CHRISTOPHER GREGG THOMAS,**

Debtor.

Case No. **2:26-bk-20103-BPH**

# ORDER

In this converted Chapter 7 case, Debtor filed a pre-conversion "Motion for Valuation of Security" on July 1, 2026, at ECF No. 73 ("Motion for Valuation"). The Motion for Valuation seeks to determine the value of a secured claim held by Fay Servicing, LLC as servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2024-R1 ("Creditor"). The Motion for Valuation asserts that the allowed amount of Creditor's secured claim should be fixed "for purposes of the Debtor's Chapter 11 plan."

Creditor filed an Objection to the Motion for Valuation on July 15, 2026, at ECF No. 103 ("Objection"). The Objection is premised upon procedural deficiencies specific to Debtor's then Chapter 11 case. Creditor did not set the Objection for hearing pursuant to Mont. LBR 9013-1(h) and no hearing on the Motion for Valuation and Objection is currently set as a result.

In the interim, Debtor's Chapter 11 case was converted to Chapter 7. See Order, ECF No. 149. Given that both the Motion for Valuation and Objection are premised on Debtor's pre-conversion Chapter 11 case, the Court cannot discern the utility of the Motion for Valuation under these circumstances. Accordingly,

IT IS ORDERED that the Motion for Valuation is denied without prejudice. To the extent that Debtor believes that the Motion for Valuation is still applicable, he may refile with an explanation as to why the relief he is seeking is appropriate in the context of his Chapter 7 bankruptcy.

Dated September 11, 2026.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana