**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>**CHRISTOPHER GREGG THOMAS,**<br><br>Debtor. | Case No. **2:26-bk-20103-BPH** |

# ORDER

In this Chapter 7 case, creditor Fay Servicing, LLC as servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2024-R1 ("Creditor") filed a "Motion to Modify Stay" on August 27, 2026, at ECF No. 165 ("Motion"). The Motion requests relief pursuant to 11 U.S.C. § 362(d)(1) – (2).

Debtor filed an Objection to the Motion on September 10, 2026, at ECF No. 175 ("Objection"). A hearing on the Motion was subsequently set for October 2, 2026, by this Court's Order at ECF No. 182. Debtor subsequently filed a "Motion to Vacate Hearing" on September 30, 2026, at ECF No. 188 ("Motion to Vacate"), indicating that he withdrew his Objection to the Motion. Accordingly,

IT IS ORDERED that pursuant to 11 U.S.C. § 362(d)(1) the Motion is granted. The stay afforded by 11 U.S.C. § 362(a) of the Bankruptcy Code is modified to permit Creditor to pursue its non-bankruptcy remedies against the following property of the estate:

LOT 18, BLOCK 1, THIRD ADDITION TO MAPLEWOOD, AN ADDITION TO THE CITY OF GREELEY, COUNTY OF WELD, STATE OF COLORADO

IT IS FURTHER ORDERED that the Motion to Vacate is granted and the hearing on the Motion set for October 2, 2026 is vacated.

Dated September 30, 2026.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana