UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**CHRISTOPHER GREGG THOMAS,**<br><br>Debtor. | Case No. **2:26-bk-20103-BPH** |

## ORDER

In this Chapter 7 case, Debtor filed a "Motion for Chapter 11 Closing and Transition Relief in Connection with Conversion" on August 17, 2026, at ECF No. 156 and "Notice to Withdraw, Modify and Maintain Certain Requested Relief in ECF No. 156" on August 25, 2026, at ECF No. 163 (collectively, "Motion").

Pursuant to Mont. LBR 9013-1(f), a "Notice" attached to the Motion explains that the time to respond or object to the Application and schedule the matter for a hearing is fourteen (14) days. The time to respond or object has passed. No objections were filed. Debtor did not file a certificate of no objection in accordance with Mont. LBR 9013-1(k)(3).[1]

Notwithstanding the absence of objection, review of the Motion shows that Debtor requests relief that the Chapter 7 Trustee would typically address, such as the source of funds to pay the United States Trustee quarterly fee, or alternatively, requests for default judgment that are more appropriately filed in the related adversary proceedings. As such, the Court is not convinced that the requested relief under the Motion is appropriate. Accordingly,

IT IS ORDERED that the Motion is denied without prejudice. To the extent Debtor seeks outstanding relief requested in the Motion, he may refile the Motion and further explain the basis of any requested relief, including references to any corresponding rule, statute, or case law.

Dated October 1, 2026.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

[1] The Court could deny the requested relief without prejudice on these grounds. Mont. LBR 9013-1(k)(3).